IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-662-FDW-DSC

GAWANNA FAYE ALEXANDER,

    Plaintiff,

v.

JACOB CALEB RILEY and SCHNEIDER
NATIONAL CARRIERS, INC.

    Defendants.

**ORDER**

**THIS MATTER** is before the Court upon the parties' Joint Motion to Modify the Case Management Order (document #12). Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is <u>granted in part</u> and <u>denied in part</u>.

The following deadlines are extended:

| | |
|---|---|
| Defendant's Expert Reports: | July 19, 2018 |
| Any Rebuttal Reports: | July 31, 2018 |
| Discovery Deadline: | August 17, 2018 |
| Mediation Deadline: | August 31, 2018 |

Otherwise, the Motion is <u>denied</u>.

    **SO ORDERED**.

Signed: May 29, 2018

David S. Cayer
United States Magistrate Judge